No. 182. STUBBE ET AL., PETICIONARIOS, *v.* J. M. ROSSY,

JUEZ DE DISTRITO, DEMANDADO.—San Juan, Sección Segunda. *Mandamus.* Junio 24, 1920. *Desistido y sin efecto el señalamiento.*